Jack P. Burden, Esq.
Nevada State Bar No. 6918
Dallin Knecht, Esq.
Nevada State Bar No. 16263
Bailee Reese, Esq.
Nevada State Bar No. 16307
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jackburden@backuslaw.com
DallinKnecht@backuslaw.com
baileereese@backuslaw.com
*Attorneys for Defendant,*
*The Vons Companies, Inc*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEOPLIS LANGSTON, an individual, | Case No.: 2:23-cv-00657-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |
| THE VONS COMPANIES, INC., a foreign corporation; DOE INDIVIDUALS 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally, | |
| Defendants | |

In accordance with LR 16-5, Plaintiff Theopolis Langston, and Defendant The Vons Companies, Inc., by and through their respective counsel for record, stipulate to the setting of a settlement conference before the assigned magistrate in this action, or as otherwise directed by the Court.

Dated this 13th day of September, 2023           Dated this 13th Day of September, 2023

 /s/ Travis Rich                                                         /s/ Dallin Knecht

David D. Boehrer, Esq.                                     Jack P. Burden, Esq.
Travis J. Rich, Esq.                                            Dallin Knecht, Esq.
DAVID BOEHRER LAW FIRM                         BACKUS | BURDEN
375 N. Stephanie Street, Suite 711                 3050 S. Durango Drive
Henderson, Nevada 89014                             Las Vegas, NV 89117

**IT IS SO ORDERED.**

_____

U.S. District Court Judge

DATED: Sept 13, 2023