# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEOPLIS LANSTON,<br>　　　Plaintiff(s),<br>v.<br>THE VONS COMPANIES, INC.,<br>　　　Defendant(s). | Case No. 2:23-cv-00657-GMN-NJK<br><br>**Order** |

In light of the notice of settlement, Docket No. 23, the Court **VACATES** the settlement conference set for November 3, 2023.

IT IS SO ORDERED.

Dated: October 24, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1