1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  Dallin Knecht, Esq.
   Nevada State Bar No. 16263
3  **BACKUS | BURDEN**
4  3050 South Durango Drive
   Las Vegas, NV 89117
5  (702) 872-5555
   (702) 872-5545
6  jackburden@backuslaw.com
   DallinKnecht@backuslaw.com
7  *Attorneys for Defendant,*
8  *The Vons Companies, Inc*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEOPLIS LANGSTON, an individual, | Case No.: 2:23-cv-00657-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| THE VONS COMPANIES, INC., a foreign corporation; DOE INDIVIDUALS 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally, | |
| Defendants | |

Defendant THE VONS COMPANIES, INFC. by and through its attorney of record, Jack P. Burden, Esq. and Dallin Knecht, Esq. of BACKUS | BURDEN, and THEOPLIS LANGSON by and through his attorney of record, Trvis Rich, Esq. of DAVID BOEHRER LAW FIRM hereby hereby stipulate to dismiss *with* prejudice all claims that have been brought and/or could have been brought by Plaintiff against all Defendants in the above titled litigation.

This dismissal ***DOES*** resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

1  This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

Dated this 18th day of December, 2023                    Dated this 18th day of December, 2023

_/s/    Travis J. Rich_                                                    _/s/    Dallin Knecht_

David D. Boehrer, Esq.                                              Jack P. Burden, Esq.
Travis J. Rich, Esq.                                                     Dallin Knecht, Esq.
DAVID BOEHRER LAW FIRM                                   BACKUS | BURDEN
375 N. Stephanie Street, Suite 711                           3050 S. Durango Drive
Henderson, Nevada 89014                                       Las Vegas, NV 89117
Attorney for Plaintiff                                                  Attorney for Defendant

### ORDER re Case No.: 2:23-cv-00657-GMN-NJK

**IT IS SO ORDERED.**

DATED this __29__ day of __December__, 2023

_____

Respectfully Submitted,
**BACKUS | BURDEN**

By: __/s/ Dallin Knecht__
Jack P. Burden, Esq.
Dallin Knecht, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant
*The Vons Companies, Inc.*